AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kasold, Bruce E. | US Ct of Appeals - Vet'ns Clms | 12/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge, US Court of Appeals | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

625 Indiana Ave. NW, Suite 900
Washington, DC 20004-2950

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director Emeritus, Volunteer | Board of Directors, Pentagon Federal Credit Union |
| 2. | Trustee | ▨ Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pentagon Federal Credit Union (PFCU) | 18-20 January | NYC, NY | PFCU planning conf | Transp, room & board, activities fees |
| 2. | PFCU | 29 April-5 May | Dresden, Poland | Defense Credit Union Overseas Conference | Transp, room & board, activiteis fees |
| 3. | PFCU | 20-23 June | Nemacolin, PA | PFCU planning conf | Transp, room & board, activities fees |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Navy Federal Credit Union Account | A | Interest | M | T | | | | | |
| 2. Pentagon Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3. Chevy Chase Bank Account | A | Interest | K | T | | | | | |
| 4. ING Bank | A | Interest | K | T | | | | | |
| 5. Ally Bank | A | Interest | L | T | | | | | |
| 6. MCD Stock | A | Dividend | J | T | | | | | |
| 7. SUBK Stock | | None | K | T | | | | | |
| 8. USAGX Stock | | None | K | T | | | | | |
| 9. D Stock | A | Dividend | J | T | | | | | |
| 10. BLANK----------- | | | | | | | | | |
| 11. Scottrade Cash | A | Interest | J | T | | | | | |
| 12. SKSRX (formerly GSC) | A | Dividend | K | T | | | | | |
| 13. PWE Stock | A | Dividend | J | T | | | | | |
| 14. AULO Stock | | None | J | T | | | | | |
| 15. COGC Stock | | None | J | T | | | | | |
| 16. FXPT Stock | | None | J | T | | | | | |
| 17. SOIGF Stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  SCEY Stock | | None | J | T | | | | | |
| 19.  SKYC (formerly YCKM Stock) | | None | J | T | | | | | |
| 20.  CYTR | | None | | | Sold | 4/19/13 | J | A | |
| 21.  PBA (formerly PVX Stock) | B | Dividend | K | T | | | | | |
| 22.  SGLRF (formerly PACE (formerly MDOEF) | A | Dividend | J | T | | | | | |
| 23.  MFA Stock | B | Dividend | J | T | | | | | |
| 24.  LGCY Stock | B | Distribution | K | T | | | | | |
| 25.  CSOL Stock | | None | J | T | | | | | |
| 26.  C Stock | A | Dividend | K | T | | | | | |
| 27.  HTS Stock | B | Dividend | J | T | | | | | |
| 28.  GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 29.  CBMMA Bond (formerly BLXJF) | B | Interest | J | T | | | | | |
| 30.  BRK/B Stock | | None | J | T | | | | | |
| 31.  CHK Stock | A | Dividend | K | T | | | | | |
| 32.  BBEP Stock | A | Dividend | K | T | | | | | |
| 33.  NLY | A | Dividend | J | T | | | | | |
| 34.  BAC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MSFT | A | Dividend | K | T | | | | | |
| 36. SGLRF | | None | J | T | Buy | 11/18/13 | J | | |
| 37. XLF | A | Dividend | J | T | Buy | 6/6/13 | J | | |
| 38. SKSRX | A | Dividend | K | T | Buy (add'l) | 3/21/13 | J | | |
| 39. BLANK---------- | | | | | | | | | |
| 40. Schwab Cash | A | Interest | J | T | | | | | |
| 41. SUBK Stock | | None | K | T | | | | | |
| 42. MBVA Stock | | None | J | T | | | | | |
| 43. MNR Stock (formerly MNRTA) | B | Dividend | K | T | | | | | |
| 44. FCG Stock | A | Dividend | K | T | | | | | |
| 45. NLY Stock | B | Dividend | J | T | | | | | |
| 46. ENZN Stock | A | Dividend | J | T | | | | | |
| 47. C Stock | A | Dividend | K | T | | | | | |
| 48. CHK+D Stock | B | Dividend | K | T | | | | | |
| 49. CRHVF Stock (formerly JAARF) Stock | A | Dividend | J | T | | | | | |
| 50. WH Stock | | None | J | T | | | | | |
| 51. CWH Stock (formerly HRP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. LGCY Stock | B | Dividend | K | T | | | | | |
| 53. EVEP Stock | B | Dividend | K | T | | | | | |
| 54. BRKB Stock | | None | J | T | | | | | |
| 55. BX Stock | A | Dividend | J | T | | | | | |
| 56. CPLP Stock | A | Dividend | J | T | | | | | |
| 57. PVR Stock | B | Dividend | K | T | | | | | |
| 58. T Stock | A | Dividend | J | T | | | | | |
| 59. BSX Stock | | None | J | T | | | | | |
| 60. CHK Stock | A | Dividend | J | T | | | | | |
| 61. CUAEF Stock | A | Dividend | J | T | | | | | |
| 62. FTR Stock | C | Dividend | K | T | Sold (part) | 1/17/13 | J | | |
| 63. GGR Stock | | None | J | T | | | | | |
| 64. PPRTF Stock | | None | J | T | | | | | |
| 65. SNV Stock | A | Dividend | K | T | | | | | |
| 66. BBEP Stock | B | Dividend | K | T | | | | | |
| 67. RNO Stock | B | Dividend | K | T | | | | | |
| 68. RF Stock | | None | J | T | Buy | 12/10/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. XLF | A | Dividend | J | T | Buy | 06/03/13 | J | | |
| 70. BLANK-------- | | | | | | | | | |
| 71. Schwab IRA1 | | | | | | | | | |
| 72. NLY Stock | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 73. JE Stock (formerly JUSTF) | A | Dividend | J | T | | | | | |
| 74. CSOL Stock | | None | J | T | | | | | |
| 75. PALAF Stock | | None | J | T | | | | | |
| 76. WH Stock | | None | J | T | | | | | |
| 77. CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 78. ANH Stock | A | Dividend | J | T | | | | | |
| 79. CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 80. AT Stock | A | Dividend | J | T | | | | | |
| 81. PCWLF Stock | A | Dividend | J | T | | | | | |
| 82. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 83. TNK Stock | A | Dividend | J | T | | | | | |
| 84. BANR Stock | A | Dividend | J | T | | | | | |
| 85. SNV Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WIN Stock | A | Dividend | | | Sold | 09/23/13 | J | A | |
| 87. RVRCF Stock | | None | J | T | | | | | |
| 88. PGH Stock | A | Dividend | J | T | | | | | |
| 89. FTR Stock | A | Dividend | J | T | | | | | |
| 90. RYJUX | | None | J | T | | | | | |
| 91. T | | None | J | T | Buy | 12/10/13 | J | | |
| 92. IOO | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 93. BLANK--------- | | | | | | | | | |
| 94. Schwab Ed Acct | | | | | | | | | |
| 95. CSOL Stock | | None | J | T | | | | | |
| 96. BLXJF Bond | A | Interest | J | T | | | | | |
| 97. WH Stock | | None | J | T | | | | | |
| 98. | | | | | | | | | |
| 99. TNK Stock | A | Dividend | J | T | | | | | |
| 100. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 101. CHK+D | A | Dividend | J | T | | | | | |
| 102. BLANK---------- | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Schwab Trust | | | | | | | | | |
| 104.  BLXJF Bond | A | Interest | J | T | | | | | |
| 105.  WLCDF Stock | | None | J | T | | | | | |
| 106.  CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 107.  NLY Stock | B | Dividend | J | T | | | | | |
| 108.  CSOL Stock | | None | J | T | | | | | |
| 109.  CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 110.  YLWPF Stock | | None | J | T | | | | | |
| 111.  GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 112.  AT Stock | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 113.  BANR Stock | A | Dividend | J | T | | | | | |
| 114.  CPKPY Stock | | None | J | T | | | | | |
| 115.  PWE Stock | A | Dividend | J | T | | | | | |
| 116.  WIN Stock | A | Dividend | | | Sold | 09/23/13 | J | A | |
| 117.  AEV Stock | A | Dividend | J | T | | | | | |
| 118.  PRE+D Stock | A | Dividend | J | T | Buy (add'l) | 12/27/13 | J | | |
| 119.  PGH Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IDG Stock | A | Dividend | J | T | | | | | |
| 121. BFCF Stock | | None | J | T | | | | | |
| 122. PCWLF | | None | | | Sold | 12/10/13 | J | A | |
| 123. BCE | | None | J | T | Buy | 12/10/13 | J | | |
| 124. GSK | | None | K | T | Buy | 12/10/13 | K | | |
| 125. T | A | Dividend | K | T | Buy | 12/10/13 | K | | |
| 126. XLF | A | Dividend | J | T | Buy | 06/03/13 | J | | |
| 127. BLANK---------- | | | | | | | | | |
| 128. Schwab IRA2 | | | | | | | | | |
| 129. CSOL Stock | | None | J | T | | | | | |
| 130. PALAF Stock | | None | J | T | | | | | |
| 131. ANH Stock | A | Dividend | J | T | | | | | |
| 132. NLY Stock | A | Dividend | J | T | | | | | |
| 133. PWE Stock | A | Dividend | J | T | | | | | |
| 134. CWH Stock (formerly HRP) | A | Dividend | J | T | | | | | |
| 135. LGCY Stock | A | Dividend | J | T | | | | | |
| 136. KMP Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 138. AT Stock | A | Dividend | J | T | | | | | |
| 139. TNK Stock | A | Dividend | J | T | | | | | |
| 140. BRKB Stock | | None | J | T | | | | | |
| 141. BX Stock | A | Dividend | K | T | | | | | |
| 142. CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 143. CHK+D Stock | A | Dividend | J | T | | | | | |
| 144. SNV Stock | A | Dividend | J | T | | | | | |
| 145. FTR Stock | A | Dividend | J | T | | | | | |
| 146. PGH | A | Dividend | J | T | | | | | |
| 147. PBKEF (changed to LSTMF for CY13) | A | Dividend | J | T | | | | | |
| 148. XLF | A | Dividend | J | T | Buy | 06/03/13 | J | | |
| 149. IOO | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 150. BLANK--------- | | | | | | | | | |
| 151. Interactive Brokers | | | | | | | | | |
| 152. AAPL | A | Dividend | | | Buy | 02/07/13 | J | | |
| 153. | | | | | Sold | 08/06/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ABC | A | Dividend | | | Buy | 04/30/13 | J | | |
| 155. | | | | | Sold | 09/09/13 | J | A | |
| 156. ACHC | | None | | | Buy | 04/08/13 | J | | |
| 157. | | | | | Sold | 09/09/13 | J | A | |
| 158. AGNC | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 159. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 160. ALJ | A | Dividend | J | T | Buy | 02/26/13 | J | | |
| 161. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 162. AMGN | A | Dividend | | | Buy | 02/21/13 | J | | |
| 163. | | | | | Sold | 09/09/13 | J | A | |
| 164. AZZ | A | Dividend | | | Buy | 04/18/13 | J | | |
| 165. | | | | | Sold | 09/09/13 | J | A | |
| 166. BSX | | None | | | Sold | 08/06/13 | J | A | |
| 167. CLMT | A | Dividend | J | T | Buy | 04/05/13 | J | | |
| 168. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 169. CSCO | | None | J | T | Buy | 12/13/13 | J | | |
| 170. CVI | A | Dividend | J | T | Buy | 02/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 172. CYNO | | None | | | Buy | 03/25/13 | J | | |
| 173. | | | | | Sold | 09/09/13 | J | A | |
| 174. D | | None | | | Buy | 12/13/13 | J | | |
| 175. | | | | | Sold | 12/13/13 | J | A | |
| 176. DB | | None | J | T | Buy | 12/13/13 | J | | |
| 177. EPL | | None | | | Buy | 05/28/13 | J | | |
| 178. | | | | | Sold | 08/06/13 | J | A | |
| 179. FLT | | None | | | Buy | 04/22/13 | J | | |
| 180. | | | | | Sold | 08/06/13 | J | A | |
| 181. GEOS | | None | | | Buy | 04/05/13 | J | | |
| 182. | | | | | Sold | 09/09/13 | J | A | |
| 183. GGR | | None | J | T | Buy | 03/01/13 | J | | |
| 184. KFN | A | Dividend | J | T | Buy | 04/10/13 | J | | |
| 185. KOF | A | Dividend | | | Buy | 02/14/13 | J | | |
| 186. | | | | | Sold | 08/06/13 | J | A | |
| 187. LEN | A | Dividend | | | Buy | 02/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 06/19/13 | J | A | |
| 189. LGF | | None | | | Buy | 04/10/13 | J | | |
| 190. | | | | | Sold | 08/06/13 | J | A | |
| 191. LUV | | None | | | Buy | 06/10/13 | J | | |
| 192. | | | | | Sold | 08/06/13 | J | A | |
| 193. MITT | A | Dividend | J | T | Buy | 04/08/13 | J | | |
| 194. MLNX | | None | | | Buy | 02/07/13 | J | | |
| 195. | | | | | Sold | 04/09/13 | J | A | |
| 196. MPC | A | Dividend | J | T | Buy | 02/26/13 | J | | |
| 197. MPW | A | Dividend | J | T | Buy | 06/14/13 | J | | |
| 198. NVO | A | Dividend | | | Buy | 03/21/13 | J | | |
| 199. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 200. | | | | | Sold | 09/09/13 | J | A | |
| 201. NVS | | None | J | T | Buy | 06/03/13 | J | | |
| 202. OKS | A | Dividend | J | T | Buy | 03/01/13 | J | | |
| 203. PDFS | | None | | | Buy | 04/09/13 | J | | |
| 204. | | | | | Sold (part) | 06/19/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 20

**Name of Person Reporting**

**Kasold, Bruce E.**

**Date of Report**

12/10/2014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 08/06/13 | J | A | |
| 206. PIKE | | None | | | Buy | 03/22/13 | J | | |
| 207. | | | | | Sold | 08/06/13 | J | A | |
| 208. PROV | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 209. RHHBY | | None | J | T | Buy | 06/03/13 | J | | |
| 210. RIG | | None | J | T | Buy | 12/13/13 | J | | |
| 211. SBRA | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 212. SHW | A | Dividend | | | Buy | 04/08/13 | J | | |
| 213. | | | | | Sold | 08/06/13 | J | A | |
| 214. SNTS | | None | | | Buy | 11/18/13 | J | | |
| 215. | | | | | Sold | 11/18/13 | J | A | |
| 216. SO | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 217. STC | | None | | | Buy | 02/26/13 | J | | |
| 218. | | | | | Sold | 08/06/13 | J | A | |
| 219. SWHC | | None | | | Buy | 02/02/13 | J | | |
| 220. | | | | | Sold | 08/06/13 | J | A | |
| 221. TMO | | None | | | Buy | 06/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 08/06/13 | J | A | |
| 223. TNK | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 224. VTR | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 225. WFM | A | Dividend | | | Buy | 02/07/13 | J | | |
| 226. | | | | | Sold | 08/06/13 | J | A | |
| 227. WGO | | None | | | Buy | 04/18/13 | J | | |
| 228. | | | | | Sold | 08/06/13 | J | A | |
| 229. WMT | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 230. Fidelity Annuity Mid Cap | | None | K | T | | | | | |
| 231. Fidelity Annuity Financial Service | | None | K | T | | | | | |
| 232. Fidelity Annuity Energy | | None | K | T | | | | | |
| 233. Fidelity Annuity Contrafund | | None | K | T | | | | | |
| 234. Fidelity Annuity Asset Manager, Gr | | None | | | Closed | 07/17/13 | K | | |
| 235. Fidelity Annuity Real Estate | | None | K | T | Buy | 07/17/13 | K | | |
| 236. Fidelity Annuity Health Care | | None | K | T | Buy | 07/17/13 | J | | |
| 237. Allianz (AGI) Annuity | | None | M | T | | | | | |
| 238. Columbia Housing P'ship (low income housing throughout US) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Gatz Properties, LLC (Real estate in Riverhead, NY) | | None | J | W | | | | | |
| 240. Mort note to Atlantic Beach, LLC, Coconut Gorve, FL | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 12/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 166. BSX was sold w/i the Interactive Brokers account as noted. It should have been reported in 2010, 2011, and 2012, with a cost valuation code J; there have been no dividends.

Line 98. Lines 94-101 reflect investments in an education account. I erred in including CWH+D in my orignal report for CY 2013, which was carried over from earlier reports. This report is now blank for that line. Indeed, this account never had CWH+D. The earlier reports should have shown CHK+D instead of CWH +D; the rest of the line item reporting is correct for CHK+D, even though labled CWH+D (income and valuation are the minimum reporting values). I correctly added CHK+D on line 101 in my original reoprt for CY 2013, but I did not notice that I should have deleted CWH+D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce E. Kasold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544